## United States District Court
### Violation Notice

CVB Location Code: CA76

**Violation Number:** P 0613097
**Officer Name (Print):** J. Voeller
**Officer No.:** 2390

P 0613097

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 7/13/06 1734
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 36CFR 2.35
**Place of Offense:** Boys Town Housing #73
**Offense Description:** Presence in Park under The influence of Alcohol To a degree That endanger Person

### DEFENDANT INFORMATION
**Phone:** (   )   -
**Last Name:** Braden
**First Name:** Scott
**M.I.:** G
**Street Address:** ---
**City:** Fresno
**State:** CA
**Zip Code:** 93726
**Date of Birth:** ---
**Drivers License No.:** P 7037854
**D.L. State:** CA
**Social Security No.:** ---

☒ Adult ☐ Juvenile  Sex: ☒ Male ☐ Female  Hair: Brn  Eyes: Brn  Height: 5-11  Weight: 150

### VEHICLE DESCRIPTION
VIN: ---
Tag No.: ---  State: ---  Year: ---  Make/Model: ---  Color: ---

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: 
Date (mm/dd/yyyy): 
Time (hh:mm): 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy    NPS 10-50 (Rev. 7-05)

---

### STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on 07/13/06 while exercising my duties as a law enforcement officer in the Eastern District of California, in Yosemite National Park at approximately 1725 hours, I responded to a call from DNC Housing officers in regards to assisting them remove an intoxicated individual from cabin 73 in Boystown. DNC Housing Officers also had reported that the individuals had been yelling at females as they walked by. I arrived on scene and found the individual identified as Scott BRADEN (CA DL # 7037854) outside cabin 73. Upon making contact with BRADEN he staggered while walking over to speak with me. While talking to me BRADEN had slurred speech, was foaming at the mouth and could not follow directions as they were given. BRADEN also had an odor of alcoholic beverage about his person. BRADEN's housing had been terminated through his employer DNC and he had been given 72 hours to vacate the cabin. The 72 hour grace period ended on 07-13-06 at 1700 hours and BRADEN refused to leave the housing area. BRADEN had no where to stay. I placed BRADEN into custody for being Under the Influence of Alcohol in the Park 36CFR 2.35(c).

The foregoing statement is based upon:
_X_ my personal observation      _X_ my personal investigation
___ information supplied me by my fellow officer's observation
_X_ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/13/06        John Voeller
Date                         Officer's signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date                U.S. Magistrate Judge